MARTIN H. RANDALL, as Administrator of the Estate of CONRAD E. RANDALL, Deceased, Appellant, *v.* GEORGE S. BIXBY, as Receiver of THE HOLBROOK, CABOT AND DALY CONTRACTING COMPANY, Respondent.

*Randall* v. *Holbrook, C. & D. Contr. Co.*, 103 App. Div. 596, affirmed.
(Argued March 1, 1909; decided March 16, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1905, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Benjamin Scharps, David Scharps* and *Henry L. Scheuerman* for appellant.

*Frank E. Smith* for respondent.

Judgment affirmed, with costs, on the ground that the negligence complained of was that of a fellow-servant in a detail of the work discharged by a fellow-servant. The court is of opinion that the notice under the Employers' Liability Act was served within the time prescribed by law ; no opinion.

Concur : Cullen, Ch. J., Edward T. Bartlett, Werner, Willard Bartlett, Hiscock and Chase, JJ. Gray, J., is of opinion that the notice was not served in time.